Michael S. Davis
Yoav M. Griver
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400
Attorneys for plaintiff Illinois National
 Insurance Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ILLINOIS NATIONAL INSURANCE COMPANY,

Plaintiff,

- against -

UNITED STATES FIDELITY AND GUARANTY,

Defendant.

Case No.:

**STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(A)**

07 CIV 8248

The undersigned attorneys of record for plaintiff Illinois National Insurance Company ("Illinois National") certify, upon information and belief, that American International Group, Inc. is a publicly traded company and the parent corporation of Illinois National.

Dated:   New York, New York
         September 21, 2007

                    ZEICHNER ELLMAN & KRAUSE LLP

                    By: _____
                    Michael S. Davis
                    Yoav M. Griver
                    575 Lexington Avenue
                    New York, New York 10022
                    (212) 223-0400

                    Attorneys for plaintiff Illinois National Insurance
                     Company

510941.01/10539-014/YG