AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

ILLINOIS NATIONAL INSURANCE COMPANY

V.

UNITED STATES FIDELITY AND GUARANTY

SUMMONS IN A CIVIL ACTION

*JUDGE KEENAN*

CASE NUMBER:

**07 CIV 8248**

TO: (Name and address of Defendant)

United States Fidelity and Guaranty
111 Schilling Road D2542
Hunt Valley, MD  21031

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Yoav M. Griver, Esq.
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, New York  10022

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                    SEP 2 1 2007
CLERK                                  DATE

(By) DEPUTY CLERK

| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE | |
|---|---|---|
| SERVICE OF: **SUMMONS, COMPLAINT** EFFECTED (1) BY ME: **OUT OF STATE** — John P. Bauer TITLE: **PROCESS SERVER** | | DATE: October 5, 2007 |

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:**

[X] Served personally upon the defendant:

UNITED STATES FIDELITY & GUARANTY    By leaving with Nicole Halgrimson - Auth. Agent

Place where served:
385 Washington Street, St. Paul MN

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: Authorized Agent

Description of person accepting service:

SEX: F    AGE: 35    HEIGHT: 160    WEIGHT: 5'5"    SKIN: White    HAIR: Blonde    OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.____    SERVICES $ ____.____    TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 10/5/20 07

SIGNATURE OF ~~OUT-OF-STATE~~ John P. Bauer    L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:     MICHAEL S. DAVIS, ESQ.
PLAINTIFF:    ILLINOIS NATIONAL INSURANCE COMPANY
DEFENDANT:    UNITED STATES FIDELITY AND GUARANTY
VENUE:        SOUTHERN DISTRICT NEW YORK
DOCKET:       07 CIV 8248

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RR