AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                DISTRICT OF                NEW YORK

**APPEARANCE**

Case Number: 1:07-cv-08248

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

United States Fidelity and Guaranty

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/26/2007 | *Ellen August* (signature) |
| Date | Signature |
| | Ellen August, Esq.         1762 |
| | Print Name         Bar Number |
| | One Penn Plaza, Suite 4401 |
| | Address |
| | New York      NY      10119 |
| | City      State      Zip Code |
| | (212) 695-8100      (212) 629-4013 |
| | Phone Number      Fax Number |