UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ILLINOIS NATIONAL INSURANCE COMPANY,

                Plaintiff,                Case No. 07-8248

      - against -

                                **STIPULATION**

UNITED STATES FIDELITY AND GUARANTY,

                Defendant.
-----------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned attorneys, that the time for the defendant, United States Fidelity and Guaranty, to answer or otherwise appear in this action is extended until and including November 20, 2007;

IT IS FURTHER STIPULATED AND AGREED that defendant United States Fidelity and Guaranty waives any defenses based on improper service of process; and

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be executed by facsimile and facsimile signatures shall be deemed originals for purposes of filing.

Dated: New York, New York
       October 24, 2007

GOETZ FITZPATRICK LLP

By: _____
Ellen August, Esq.
1 Penn Plaza, Suite 4401
New York, New York 10119
(212) 695-8100

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Yoav M. Griver, Esq.
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

SO ORDERED:

_____
Hon. John F. Keenan, U.S.D.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-1-2007

W:\dkuehn\Petrocelli\Illinois National\Stip-Answer.doc