UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ILLINOIS NATIONAL INSURANCE COMPANY,

                     Plaintiff,                     Case No. 07-8248

           - against -

                                                      **STIPULATION**

UNITED STATES FIDELITY AND GUARANTY,

                   Defendant.
----------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned attorneys, that the time for the defendant, United States Fidelity and Guaranty, to answer or otherwise appear in this action is extended until and including December 12, 2007;

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be executed by facsimile and facsimile signatures shall be deemed originals for purposes of filing.

Dated: New York, New York
         November 19, 2007

GOETZ FITZPATRICK LLP                  ZEICHNER ELLMAN & KRAUSE LLP

By: _____                  By: _____
    Ellen August                                   Yoav M. Griver
1 Penn Plaza, Suite 4401                     575 Lexington Avenue
New York, New York 10119                New York, New York 10022
(212) 695-8100                                   (212) 223-0400

                                           SO ORDERED:

November 28, 2007                      _____
                                            Hon. John F. Keenan, U.S.D.C.