# ZEICHNER ELLMAN & KRAUSE LLP

575 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022
(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

YOAV M. GRIVER
(212) 826-5338
ygriver@[...]

*MEMO ENDORSED*

November 29, 2007

**BY HAND**
Honorable John F. Keenan
United States District Judge
Southern District of New York
U.S. Courthouse
500 Pearl Street, Room 1930
New York, New York 10007-1312

The conference is adjourned to January 8, 2008, at 10:00 a.m.

SO ORDERED.
Dated:   New York, New York
         November 30, 2007.

/s/ John F. Keenan
U.S.D.J.

**Illinois National Insurance Co. v. United States Fidelity and Guaranty**
**07 Civ 8248 (JFK)**

Your Honor:

    We represent plaintiff Illinois National Insurance Company in the above-captioned matter, but write with the consent of defendant United States Fidelity and Guaranty ("USF&G"). The parties jointly request that the Court reschedule the Pretrial Conference, currently set for December 3, 2007 at 9:45 a.m., to another time and date convenient to the Court. This is the first request for an extension as to the Pretrial Conference.

    The parties are in the midst of discussing a potential settlement of the matter. In addition, the time for USF&G to answer or otherwise appear in this action was recently extended to December 12, 2007 by stipulation and subsequent order, in recognition of the parties' current discussions. Accordingly, the parties believe that a Pretrial Conference is premature at this time, and should be rescheduled for sometime in early January. We thank the Court in advance for its consideration of this request

Respectfully submitted,

Yoav M. Griver

YG:ma
cc:   Ellen August, Esq.
      Goetz Fitzpatrick LLP
      Counsel to defendant USF&G
      (by electronic mail)

12-3-07

514796.01/10539-014/YG