UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ILLINOIS NATIONAL INSURANCE COMPANY,

                    Plaintiff,                    Case No. 07 CV 8248 (JFK)

       - against -

                                                         **RULE 7.1 STATEMENT**

UNITED STATES FIDELITY AND GUARANTY,

                    Defendant.
------------------------------------------------------------------X

        Defendant United States Fidelity and Guaranty ("USF&G"), by its attorneys Goetz Fitzpatrick LLP, for its statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

        USF&G is 100 percent owned by St. Paul Fire and Marine Insurance Company, which is owned 100 percent by The Travelers Companies, Inc. The Travelers Companies, Inc. is the only publicly held company in the corporate family.

Dated: New York, New York
       December 12, 2007

                                                    GOETZ FITZPATRICK LLP
                                                    Attorneys for Defendant United
                                                      States Fidelity and Guaranty

                                                    By: _____
                                                          Ellen August
                                                    One Penn Plaza, Suite 4401
                                                   New York, New York 10119
                                                   (212) 695-8100

W:\EllenA\Current Files\Illinois National v. United States\rule 7.1.wpd