UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ILLINOIS NATIONAL INSURANCE COMPANY,

                Plaintiff,                      Case No. 07 CV 8248 (JFK)

       - against -

                                          **AFFIDAVIT OF SERVICE**

UNITED STATES FIDELITY AND GUARANTY,

                Defendant.
-----------------------------------------------------------------X

STATE OF NEW YORK    )
                               )ss.:
COUNTY OF NEW YORK  )

    ALTHEA DORSETT, being duly sworn, deposes and says, I am not a party to the action, is over the age of 18 years, and reside in Bronx, NY, and on the 12th day of December, 2007, I served a copy of the ANSWER and RULE 7.1 STATEMENT upon:

    Zeichner Ellman & Krause LLP
    Yoav M. Griver, Esq.
    575 Lexington Avenue
    New York, NY 10022
    Attorneys for Plaintiff

by depositing a true copy of same in a properly addressed postpaid envelope in an official depository of the United States Postal Service within the State of New York.

                                                                _____
                                                                   Althea Dorsett

Sworn to before me this
12th day of December, 2007.

_____
Notary Public

        MELISSA C. IACOBELLIS
    Notary Public, State of New York
             No. 4972184
      Qualified in Nassau County
  Commission Expires September 24, 2010