```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ILLINOIS NATIONAL INSURANCE         :
COMPANY                             :
                Plaintiff,          :    07 Civ. 8248 (JFK)
                                    :         ORDER
          - against -               :
                                    :
UNITED STATES FIDELITY & GUARANTY   :
                Defendant           :
------------------------------------X
```

**JOHN F. KEENAN, United States District Judge:**

Plaintiff requests that the Court extend the deadline for discovery and the briefing schedule for Plaintiff's motion for summary judgment in order to provide Defendant's counsel adequate time to review the documents disclosed by Plaintiff. Because Plaintiff has not articulated sufficient cause for extension of discovery, I decline to extend the discovery deadline. However, the briefing schedule for Plaintiff's summary judgment motion is amended as follows. Defendant's response is due by June 9, 2008. Plaintiff's reply, if any, is due by June 23, 2008.

SO ORDERED

DATED:    New York, New York
          April 8, 2008

                                    _____
                                    JOHN F. KEENAN
                                    United States District Judge