```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-18-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ILLINOIS NATIONAL INSURANCE         :
COMPANY                             :
            Plaintiff,              :      07 Civ. 8248 (JFK)
                                    :          ORDER
    - against -                     :
                                    :
UNITED STATES FIDELITY & GUARANTY   :
            Defendant               :
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

      Defendant requests that the Court amend its Order of April 8, 2008, to re-open discovery for the sole purpose of allowing Defendant to conduct a deposition of a witness to be produced by Plaintiff. Defendant's request is GRANTED. The deposition shall take place at the offices of Plaintiff's counsel, shall be limited in duration to six (6) hours, and must be scheduled for a weekday no later than May 9, 2008. Defendant is to bear all costs arising from the deposition, including reasonable attorneys' fees. The briefing schedule for the pending motion for summary judgment remains unaltered.

SO ORDERED

DATED:   New York, New York
         April 17, 2008

_____
JOHN F. KEENAN
United States District Judge