

# GOETZ FITZPATRICK LLP
Attorneys at Law
One Penn Plaza, New York, NY 10119 | 212-695-8100 | (F) 212-629-4013

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-5-08
```

**MEMO ENDORSED**

Ellen August
Eaugust@goetzfitz.com

June 4, 2008

JUN 5 2008

**BY HAND**
The Honorable John F. Keenan
United States District Court
500 Pearl Street, Room 1930
New York, New York 1007-1312

    Re: Illinois National v. United States Fidelity & Guaranty
        07 CV 8248 (JFK)

Dear Judge Keenan:

    This firm represents defendant United States Fidelity & Guaranty ("USF&G") in the above-referenced action. I am writing to request a one-week extension of the summary judgment briefing schedule due to a death in my family. Yoav Griver, the attorney for the plaintiff, has consented to the extension.

    Currently, the opposition to the motion must be served by June 9, 2008 and the reply must be served by June 16, 2008. The reply must be served and the motion must be filed by June 23, 2008. I respectfully request an extension until June 16, 2008 of the time to serve the opposition and an extension until June 30, 2008 of the time for the plaintiff to serve the reply and file the motion.

    Thank you for your consideration of this application.

    Very truly yours,

    Ellen August

cc: Yoav M. Griver, Esq.
    Zeichner Ellman & Krause, LLP
    Attorneys for Plaintiff

*Application granted*
*So ordered*
*June 5, 2008*
*John F. Keenan*

55 Harristown Road, Glen Rock, NJ 07452 | 201-612-4444 (F) 201-612-4455
170 Old Country Road, Mineola, NY 11501 | 516-877-9666 (F) 516-877-7743
120 Bloomingdale Road, Suite 104, White Plains, NY 10605 | 914-946-7735 (F) 914-946-0098