UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ILLINOIS NATIONAL INSURANCE COMPANY,

                Plaintiff,                              Case No. 07 CV 8248 (JFK)

                                                             **AFFIDAVIT OF SERVICE**

              - against -

UNITED STATES FIDELITY AND GUARANTY,

                Defendant.
-----------------------------------------------------------------X

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

      I, JOY SPEIGHTS, being duly sworn, say: I am not a party to the action, am over 18 years of age and reside at Staten Island, New York. On June 16, 2008, I served the within NOTICE OF CROSS-MOTION, STATEMENT OF MATERIAL FACTS AS TO WHICH THERE EXIST GENUINE ISSUES, ZANOTTA'S AFFIDAVIT IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT WITH ATTACHED EXHIBITS and FIDELMAN'S AFFIDAVIT IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT WITH ATTACHED EXHIBITS by HAND DELIVERY, to:

      Zeichner Ellman & Krause LLP
      Yoav M. Griver, Esq.
      575 Lexington Avenue
      New York, NY 10022
      Attorneys for Plaintiff

                                                               _____
                                                               JOY SPEIGHTS

Sworn to before me this
30th day of June, 2008

_____
Notary Public

                ALTHEA M DORSETT
        NOTARY PUBLIC-STATE OF NEW YORK
                NO. 01D05057445
            QUALIFIED IN BRONX COUNTY
      MY COMMISSION EXPIRES APRIL 16, 2011