Michael S. Davis
Yoav M. Griver
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400
Attorneys for plaintiff Illinois National
 Insurance Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILLINOIS NATIONAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>- against -<br><br>UNITED STATES FIDELITY AND GUARANTY,<br><br>Defendant. | Case No.: 07 Civ. 8248 (JFK)<br><br>**NOTICE OF MOTION** |

TAKE NOTICE that, upon the Declarations of Michelle Levitt and Yoav M. Griver, and the exhibits appended thereto; the Statement of Undisputed Facts; and the accompanying Memorandum of Law; and upon all prior pleadings and proceedings had herein, the undersigned attorneys for the Plaintiff will move this Court at the Daniel P. Moynihan United States Courthouse, 500 Pearl Street in New York, New York, for Summary Judgment on the sole count of Plaintiff's Complaint (breach of contract), and for such other and further relief as the Court deems appropriate.

TAKE FURTHER NOTICE, pursuant to prior order of the Court, opposing papers, if any, must be filed with the Court and served upon the other parties by April 25, 2008, and reply papers, if any, must be filed with the Court and served upon the other parties by May 9, 2008.

Dated: New York, New York
April 7, 2008

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Michael S. Davis
Yoav M. Griver
Attorneys for Plaintiff
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

TO: Ellen August, Esq.
GOETZ FITZPATRICK LLP
One Penn Plaza
New York, NY 10119
Attorneys for Defendant

522214.v1/10539-014/MXR