CERTIFICATE OF SERVICE

      ANTHONY ROSARIO, hereby certifies pursuant to 28 U.S.C. 1746 and under penalty of perjury that on the 7th day of April, 2008, a true copy of the within **NOTICE OF MOTION, STATEMENT OF UNDISPUTED FACTS PURSUANT TO LOCAL CIVIL RULE 56.1 AND DECLARATION OF YOAV M. GRIVER WITH EXHIBITS** was served upon Ellen August, Esq., Goetz Fitzpatrick LLP, 1 Penn Plaza, New York, New York 10119-0002 on this date by hand delivery.

Dated: New York, New York
      April 7, 2008

                                                                   ANTHONY ROSARIO

522320.v1/10539-014/ar