Exhibit C

PREJUDGMENT INTEREST CALCULATION

| | Demand Date | Payment Due Date | Next Accrual Date | Days Accrued | Principal | Interest Earned | Withdrawal |
|---|---|---|---|---|---|---|---|
| Interest calc beginning 5 business days after 9/23/04 with 9% simple on $916,958. | 9/23/2004 | 10/1/2004 | 4/7/2008 | 1284 | 916,958.00 | 290,311.42 | |

Total Prejudgment Interest through 4/7/08                    290,311.42