**Exhibit B**

 **American International Group**
80 Pine Street
New York, NY 10270
212.770.7000
212.770._____ (Direct Dial)

September 23, 2004

The St. Paul Companies Surety
124 Grove Street – Suite 311
Franklin, Massachusetts 02038
Attn: Bond Department

To Whom It May Concern:

Re:  **Payment Demand**
    **Principal: Petrocelli Electric Co., Inc.**
    **Bond No.: KF 5673**
    **Amount: $ 916,958.00**

In accordance with the provisions of the above bond, Petrocelli Electric Co., Inc. (the "Principal") having failed to provide successive security to replace this bond, Illinois National Insurance Company (the "Obligee") demands payment in the amount of Nine Hundred Sixteen Thousand Nine Hundred Fifty Eight Dollars ($ 916,958.00).

The funds should be wired to:

The Chase Manhattan Bank
New York, New York
ABA#: 021000021
For the benefit of: Illinois National Insurance Company
Bank account#: 323-160387
Ref: Petrocelli Electric Co., Inc. – Bond Payment Demand

If you should have any questions, please contact Elaine Kogan at (212) 770-0834.

Sincerely,

Mark Paffmann
Assistant Comptroller
Illinois National Insurance Company

cc:

79787 (10/01)